IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
AT MADISON

| | |
|---|---|
| SHENIECA NUNN, and others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) NO. 3:07-cv-00692-S ) |
| DOLLAR GENERAL COPORATION and DOLGENCORP, INC. | ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Shenieca Nunn and Defendants Dollar General Corporation and Dolgencorp, Inc. hereby jointly stipulate to the dismissal of this action, with prejudice, pursuant to Fed. R. Civ. Pro. 41, each party to bear its own costs and attorney's fees.

Dated: April 30, 2008

Respectfully submitted,

_____
Jeff Scott Olson
Andrea J. Farrell
The Jeff Scott Olson Law Firm, S.C.
131 W. Wilson St., Ste. 1200
Madison, WI 53703

_____
Thomas L. Henderson (TN BPR 11526)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
6410 Poplar Ave., Suite 300
Memphis, TN 38119
Phone: 901-767-6160
Fax: 901-767-7411
Email: thomas.henderson@odnss.com

1

Approved
Barbara B. Crabb
5/5/08